IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
AUSTIN CHAZ RAMSEY,          )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:09cv919-MHT
                             )            (WO)
ARNOLD GAMBER,               )
                             )
    Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Defendant Arnold Gamber's motion for summary judgment (doc. no. 64) is granted.

(2) Judgment is entered in favor of defendant Gamber and against plaintiff Austin Chaz Ramsey, with plaintiff Ramsey taking nothing by his complaint.

It is further ORDERED that all other outstanding motions are denied and all outstanding objections are overruled.

It is further ORDERED that costs are assessed against plaintiff Ramsey, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is closed.

DONE, this the 7th day of February, 2011.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE